# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CASE NO.** 25-cr-10113-01-02-EFM

**KYLE SIMMONDS, and**
**DAMIEN ZAMORA,**

**FILED UNDER SEAL**

**Defendants.**

# SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

### FIREARMS TRAFFICKING
### [18 U.S.C. § 933(a)(3)]

Between the 10th day of June and 5th day of September, 2025, in the District of

Kansas, the defendants,

**KYLE SIMMONDS, and**
**DAMIEN ZAMORA,**

did knowingly conspire and agree with persons known and unknown, to ship, transport,

transfer, cause to be transported, or otherwise disposed of one or more firearms to another

person, in and affecting interstate commerce, knowing and having reasonable cause to

1

believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1) and (a)(3).

## COUNT 2

### ILLEGAL POSSESSION OF A MACHINE GUN
### [18 U.S.C. § 922(o)]

On or about August 12, 2025, in the District of Kansas, the defendant,

**KYLE SIMMONDS, and**
**DAMIEN ZAMORA,**

did knowingly transfer a machinegun, that is, a Heckler & Koch, model MP7 A2, 4.6x30 caliber machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### FORFEITURE NOTICE

1.     The allegations contained in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code Section 2461.

2.     Upon conviction of one or more of the offenses set forth in Counts 1-2 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

        A.     Heckler & Koch, model MP7 A2, 4.6x30 caliber machinegun, bearing serial number 164-029297,

B.      SilencerCo, model Scythe-Ti, 30 cal. suppressor,

C.      1873 SA, model Pistolero, .357 magnum revolver; bearing serial

number E113614,

D.      Assorted ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United

States Code, Section 2461(c).

A TRUE BILL.

September 30, 2025                              s/Foreperson
DATE                                           FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY


By: /s/ Larry W. Fadler
LARRY W FADLER
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: larry.fadler@usdoj.gov
Ks. S. Ct. No. 30243


IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

**Count 1: 18 U.S.C. § 933(a) – Firearms Trafficking**

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 933(b).

- A term of supervised release of not more than three (3) years. (18 U.S.C. §§ 3559(a)(3) and 3583(b)(2)).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 2: Illegal Possession of a Machine Gun**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.